**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: WEEKS STREET, LLC,

          Debtor,

———————————————————

WILLIAM E. KENNEDY,

          Plaintiff-Appellant,

  v.

WEEKS STREET, LLC, Debtor; et al.,

          Defendants-Appellees.

No.   17-15488

D.C. Nos.   5:16-cv-00856-BLF
                5:16-cv-01066-BLF

MEMORANDUM[*]

In re: WEEKS STREET, LLC,

          Debtor,

———————————————————

WILLIAM E. KENNEDY,

          Plaintiff-Appellant,

  v.

WEEKS STREET, LLC, Debtor; et al.,

          Defendants-Appellees.

No.   17-16047

D.C. No. 5:16-cv-01066-BLF

---

     [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Appeal from the United States District Court
for the Northern District of California
Beth Labson Freeman, District Judge, Presiding

Argued and Submitted February 15, 2019
San Francisco, California

Before: McKEOWN and W. FLETCHER, Circuit Judges, and EZRA,** District Judge.

The Court affirms the district court's order as to both appeals for the reasons stated in the district court's February 13, 2017 order.

All pending motions are denied.

**AFFIRMED**

_____

**     The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.